UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-24406-CIV-COOKE/TORRES

THOMAS E. PEREZ,
Secretary of Labor,
United States Department of Labor,

    **Plaintiff,**

v.

**RINCONCITO SUPERLATINO 4, INC.**
**and BENEDICTO MORENO,**

    **Defendants.**

## JOINT MOTION TO APPROVE CONSENT JUDGMENT

Plaintiff, the Secretary of Labor, United States Department of Labor ("the Secretary") and Defendants Rinconcito Superlatino #4 and Benedicto Moreno respectfully request that the Court enter the proposed Consent Judgment attached hereto as Exhibit A.

The Consent Judgment resolves all issues between the Secretary and Rinconcito Superlatino #4, and Benedicto Moreno.

WHEREFORE, the parties request that this motion be granted

| | |
|---|---|
| RINCONCITO SUPERLATINO #4<br>And BENEDICTO MORENO | M. PATRICIA SMITH<br>Solicitor of Labor |
| | STANLEY E. KEEN<br>Regional Solicitor |
| | ROBERT L. WALTER<br>Counsel |
| By:/s/Kenneth U. Pinos<br>   KENNETH U. PINOS<br>Pinos Law P.A.<br>28844 S Dixie Hwy<br>Homestead, FL 33033 | By:/s/ Kristin R. Murphy<br>   KRISTIN R. MURPHY<br>Attorney for Plaintiff<br>Office of the Solicitor |
| Attorney for RINCONCITO<br>SUPERLATINO #4 and BENEDICTO<br>MORENO | U. S. Department of Labor<br>61 Forsyth Street, S.W., Room 7T10<br>Atlanta, GA  30303<br>(404) 302-5435<br>(404) 302-5438 (FAX)<br>murphy.kristin.r@dol.gov |

2

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed **Joint Motion to Approve Consent Judgment and Consent Judgment and Order** via the Court's CM/ECF system which will automatically send a copy to all counsel of record.

This 1st day of August, 2016.

>*/s/ Kristin R. Murphy*
>KRISTIN R. MURPHY
>Attorney